## 76271. CHEROKEE INSURANCE COMPANY et al. v. LEWIS.
(380 SE2d 93)

POPE, Judge.

Our judgment in this case at 187 Ga. App. 628 (371 SE2d 103) (1988) has been reversed by the Supreme Court on certiorari. *Lewis v. Cherokee Insurance Co.*, 258 Ga. 839 (375 SE2d 850) (1989). Accordingly, our judgment is vacated and the judgment of the Supreme Court is made the judgment of this court. The judgment of the trial court is affirmed.

*Judgment affirmed. McMurray, P. J., and Benham, J., concur.*

DECIDED MARCH 3, 1989.

*Brady D. Green, Douglas M. Campbell*, for appellants.
*Dennis D. Watson, John W. Davis, Jr.*, for appellee.

## 76667. WARREN v. AKINS.
(380 SE2d 93)

POPE, Judge.

Our judgment in this case at 188 Ga. App. 602 (373 SE2d 802) (1988) has been reversed by the Supreme Court on certiorari. *Akins v. Warren*, 258 Ga. 853 (375 SE2d 605) (1989). Accordingly, our judgment is vacated and the judgment of the Supreme Court is made the judgment of this court. The judgment of the trial court is affirmed.

*Judgment affirmed. McMurray, P. J., and Benham, J., concur.*

DECIDED MARCH 3, 1989.

*William J. Neville, Jr., Lovett Bennett, Jr.*, for appellant.
*Gerald M. Edenfield, Marc M. Bruce, Michael J. Classens*, for appellee.